IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-mj-1121-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PREMIER PAVING, INC.,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT PREMIER PAVING, INC.**

---

THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Premier Paving, Inc. pursuant to Rule 32.2(b)(2)(C) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On August 21, 2013, an Information was filed which charged defendant Premier Paving, Inc. in Count One with violation of 8 U.S.C § 1324a(a)(1), (a)(2) and (f). (Doc. 1).

On October 9, 2013, the United States and defendant Premier Paving, Inc. entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment under 18 U.S.C § 982(a)(6) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 5).

1

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $184,916.58 is subject to forfeiture as proceeds obtained by defendant Premier Paving, Inc. through commission of the offense in Count One for which Premier Paving, Inc. has pled guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Premier Paving, Inc. in the amount of $184,916.58 shall be entered in accordance with 18 U.S.C § 982(a)(6). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the Preliminary Order of Forfeiture shall be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this 22nd day of January, 2014.

BY THE COURT:

MICHAEL J. WATANABE
United States Magistrate Judge

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2